IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED SEP 17 2009

BRENDA JONES  :  CIVIL ACTION
 :
v.  :
 :
RHONDA WINSTEAD, *et al.*  :  NO. 09-1370

## ORDER

AND NOW, this 17th day of September, 2009, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, inclusive of all exhibits thereto, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which no objections were filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of her claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

Norma L. Shapiro
NORMA L. SHAPIRO, J.

ENTERED
SEP 18 2009
CLERK OF COURT